**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-19-00729-CV
———————————

## IN THE INTEREST OF J.D.H., A CHILD

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2000-09806**

## O R D E R

The brief of appellant, U.O.O., was due December 30, 2019. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **February 13, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.